IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISION, | § § § § § § § § § § § | SA-8-CV-00714-ESC |
| *Plaintiff,* | | |
| vs. | | |
| E & D SERVICES, INC., | | |
| *Defendant.* | | |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Unopposed Motion For Withdrawal of Attorneys and to Designate Lead Attorney [#48]. By its motion, Plaintiff asks the Court to permit the withdrawal of Plaintiff's attorneys of record and substitute Edward Juarez as attorney in charge of this matter. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion For Withdrawal of Attorneys and to Designate Lead Attorney [#48] is **GRANTED**.

**IT IS FURTHER ORDERED** that David C. Rivela and Judith G. Taylor are hereby withdrawn as attorneys-in-charge and counsel of record for Plaintiff Equal Employment Opportunity Commission in this matter.

**IT IS FURTHER ORDERED** that as of the date of service of notice of this order, no further notices, papers or pleadings shall be served on David C. Rivela or Judith G. Taylor on behalf of Equal Employment Opportunity Commission.

**IT IS FURTHER ORDERED** that Edward Juarez is substituted as attorney-in-charge and counsel of record for Equal Employment Opportunity Commission in this action.

1

**IT IS FINALLY ORDERED** that as of the date of service of notice of this order, all further notices, papers, or pleadings must be served and/or electronically on Equal Employment Opportunity Commission by serving:

> Edward Juarez
> Texas State Bar No. 24014498
> 5410 Fredericksburg Road
> Suite 200
> San Antonio, Texas 78229
> Telephone: (210) 640-7542
> Facsimile: (210) 281-7669
> eduardo.juarez@eeoc.gov

**IT IS SO ORDERED.**

SIGNED this 7th day of February, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE