IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISION,<br><br>*Plaintiff,*<br><br>vs.<br><br>E & D SERVICES, INC.,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-8-CV-00714-ESC |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff-Intervenors' Opposed Motion for Order Enforcing Consent Decree and Order and Final Judgment and to Show Cause Why Defendant Should Not Be Held in Contempt [#43]. On this day, the Court held a hearing by videoconference on the motion, at which counsel for Plaintiff Equal Employment Opportunity Commission, Plaintiff-Intervenors Robert Cardwell, Billy Strickland, Marcus Leavell, and Sammy Barrow, and Defendant E&D Services, Inc. appeared through counsel. At the hearing, the parties informed the Court that they have resolved their dispute regarding the outstanding judgment balance in this case and established an agreed payment plan for Defendant to satisfy the judgment. The Court will therefore dismiss the motion to enforce the consent decree and final judgment. The dismissal will be without prejudice, however, in the event that Defendant fails to fulfill its obligations. By separate order, the Court will set this case for a status conference in March 2021 to address whether the parties' agreement has been satisfied in full.

**IT IS THEREFORE ORDERED** that Plaintiff-Intervenors' Opposed Motion for Order Enforcing Consent Decree and Order and Final Judgment and to Show Cause Why Defendant Should Not Be Held in Contempt [#43] is **DISMISSED WITHOUT PREJUDICE**.

1

**IT IS SO ORDERED.**

SIGNED this 1st day of July, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE